COUNCIL OF CHAPTERS OF THE AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS AT THE UNIVERSITY OF MEDI-CINE v. STATE OF NEW JERSEY AND UNIVERSITY OF MED-ICINE AND DENTISTRY OF NEW JERSEY.

September 24, 1984.

Petition for certification denied.

RANDOLPH M. REYNOLDS v. AMNON OFFENTIER & ELEANOR AND FERRIS M. SAYDAH.

September 24, 1984.

Petition for certification denied.

ROC INVESTMENT CORPORATION v. PINELANDS COMMISSION.

September 24, 1984.

Petition for certification denied.

NEW JERSEY MANUFACTURERS INSURANCE COMPANY v. DOROTHY BRADLEY.

September 24, 1984.

Petition for certification denied.